UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.: _____ 20-23959 _____

 Michael D. Goldfinger                     Chapter: _____ 13 _____

                                          Judge: _____ JNP _____

---

## NOTICE OF PROPOSED PRIVATE SALE

_____ Michael D. Goldfinger _____ , _____ Debtor _____ , in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | United States Bankruptcy Court<br>Mitchell H. Cohen U.S. Courthouse<br>400 Cooper Street, 4th Floor, CR 4C<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable _____ Jerrold N. Poslusny, Jr. _____ on _____ April 27, 2021 _____ at __ 11 __ a.m. at the United States Bankruptcy Court, courtroom no. __ 4C __ , __ 400 Cooper Street, 4th Floor, Camden, NJ 08101 __ . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | 6 S. Garfield Ave.<br>Wenonah, NJ 08090 |

| | |
|---|---|
| Proposed Purchaser: | Shauna Reiter |

Sale price: $249,000.00 less credit to purchaser of $6,250.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Troy Kenuk of Liberty and Justice Realty Firm LLC |
| Amount to be paid: | 2.5% of gross sales price  and a 3.0 % commission for buyer's broker |
| Services rendered: | Listing and sale of real estate (realtor) and settlement/closing |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:   Ronald E. Norman, Esquire

Address:   901 Route 168, Suite 407A, Turnersville, NJ 08012

Telephone No.:   (856)374-3100

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-23959-JNP

Michael D. Goldfinger                                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                  Page 1 of 4
Date Rcvd: Mar 30, 2021                       Form ID: pdf905                               Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael D. Goldfinger, 833 Society Hill Blvd, Cherry Hill, NJ 08003-2429 |
| 519123294 | | Advanced ENT, PO Box 5257, New York, NY 10048-5257 |
| 519058185 | | Apex Asset Management, LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 519123292 | + | Arthritis, Rheumatic and Back Disease, 2301 Evesham Road, Bldg 800, Suite 115, Voorhees, NJ 08043-4510 |
| 519058187 | + | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 519058186 | | Bank of America, 655 Paper Mill Rd, Newark, DE 19711-7500 |
| 519058188 | | Benham Rafalian, 5812 Washington Blvd, Culver City, CA 90232-7323 |
| 519123289 | + | Care Centrix, 20 Church Street, 12th Floor, Hartford, CT 06103-1248 |
| 519058190 | + | Choice Recovery, 1105 Schrock Rd, Columbus, OH 43229-1168 |
| 519122694 | + | Collins Asset Group LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519058192 | | Complete Collection Service, 1007 N Federal Hwy Ste 280, Fort Lauderdale, FL 33304-1422 |
| 519058193 | | Contiental Central Credit of MA Inc., 5611 Palmer Way Ste G, Carlsbad, CA 92010-7253 |
| 519123295 | + | Continental Central Credit, Inc., 5611 Palmers Way, Suite G, Cralsbad, CA 92010-7253 |
| 519058194 | | Cordell Practice Management, 600 Kellwood Pkwy Ste 300, Chesterfield, MO 63017-5809 |
| 519058197 | | Daily Management Inc., 16461 Racquet Club Rd, Fort Lauderdale, FL 33326-3131 |
| 519123293 | | Elbaum, Krost & Elbaum DDS PA, 688 Brewers Bridge Road, Jackson, NJ 08527-2017 |
| 519058199 | | FMA Alliance Limited, 12339 Cutten Rd, Houston, TX 77066-1807 |
| 519058198 | | Fin Wise Bank, 756 E Winchester St Ste 100, Murray, UT 84107-7520 |
| 519058202 | + | Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519058203 | | Jeff Cutrona, 121 Dickinson Ave, Toms River, NJ 08753-7776 |
| 519058204 | # | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519058207 | | LCA Collections, 18 Park of Commerce Blvd, Savannah, GA 31405-7410 |
| 519058205 | | Laboratory Corp of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519058210 | | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519058212 | | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 519077672 | + | M&T Bank, Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519076166 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519058216 | | Mittal Ghandi, 12 Krysta Ct, Mount Laurel, NJ 08054-6929 |
| 519058217 | | New Jersey Division Probation, PO Box 987, Trenton, NJ 08625-0987 |
| 519121419 | + | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519058220 | | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 519058221 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519058226 | | Princeton Health PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519058227 | | Radius Global Solutions LLC, PO Box 1259, Oaks, PA 19456-1259 |
| 519123291 | + | Ragan & Ragan, 3100 Route 138 West, Wall, NJ 07719-9021 |
| 519058228 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082866 | | Select Portfolio Servicing, Inc., as servicer for, P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519058229 | | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519058230 | | Shannon Goldfinger, 91 Farnwood Rd, Mount Laurel, NJ 08054-2913 |
| 519058232 | | TD Bank USA NA, 2 Portland Sq, Portland, ME 04101-4088 |
| 519058235 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: pdf905 | Total Noticed: 75 |

| | Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
|---|---|
| 519058234 | Township of Medford, Burlington County, 17 N Main St, Medford, NJ 08055-2411 |
| 519079716 + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519058238 | Vacation Village Resorts, 276 Brodie Mtn Rd, Hancock, MA 01237-6924 |
| 519058239 | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519058240 | Virtua Medical Group, 6981 N Park Dr Ste 200, Pennsauken, NJ 08109-4201 |
| 519123290 + | WebBank, 215 South State Street, suite 1000, Salt Lake city, UT 84111-2336 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2021 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2021 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519058189 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 30 2021 22:13:39 | Capital One Bank USA NA, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 519058191 | Email/Text: bnc@bass-associates.com | Mar 30 2021 21:04:00 | Collins Asset Group, LLC, 5725 W Highway 290 Ste 103, Austin, TX 78735-8722 |
| 519058195 | Email/PDF: creditonebknotifications@resurgent.com | Mar 30 2021 22:07:50 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519058196 | Email/PDF: creditonebknotifications@resurgent.com | Mar 30 2021 22:07:59 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519058200 | Email/Text: jvanfleet@friedmanllp.com | Mar 30 2021 21:02:00 | Friedman LLP, 601 Route 73 N Ste 400, Marlton, NJ 08053-3476 |
| 519058202 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2021 21:03:00 | Internal Reveune Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519058208 + | Email/Text: Documentfiling@lciinc.com | Mar 30 2021 21:03:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519058209 + | Email/Text: Documentfiling@lciinc.com | Mar 30 2021 21:03:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 519058211 | Email/Text: camanagement@mtb.com | Mar 30 2021 21:03:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519124555 | Email/Text: camanagement@mtb.com | Mar 30 2021 21:03:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519075351 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 30 2021 22:01:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519058213 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 30 2021 22:07:29 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519058214 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 30 2021 22:13:21 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519058215 | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2021 21:03:00 | Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 519058218 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 30 2021 22:01:36 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519058219 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 30 2021 22:01:35 | Ollo/tbom, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519132113 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 21:03:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519058222 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 21:03:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: pdf905 | Total Noticed: 75 |

|  |  |  | Cleveland, OH 44101-4982 |
|---|---|---|---|
| 519058223 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 21:03:00 | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519058225 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 21:03:00 | Pnc Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401-8819 |
| 519058224 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2021 21:03:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 519113653 | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2021 21:03:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519058231 | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2021 22:07:37 | Synchrony Bank, 170 W Election Rd Ste 125, Draper, UT 84020-6425 |
| 519059348 | +  Email/PDF: gecsedi@recoverycorp.com | Mar 30 2021 22:13:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519058233 | Email/Text: pcapasso@medfordtownship.com | Mar 30 2021 21:04:00 | Township of Medford, 17 N Main St, Medford, NJ 08055-2411 |
| 519058237 | +  Email/Text: jerome.smalls@ogc.upenn.edu | Mar 30 2021 21:04:00 | University of Penn health System, 3400 Spruce St, Philadelphia, PA 19104-4274 |
| 519123290 | +  Email/Text: bankruptcy@webbank.com | Mar 30 2021 21:03:00 | WebBank, 215 South State Street, suite 1000, Salt Lake city, UT 84111-2336 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519058236 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 519058206 | ## | Lakeside at Meford, 125 N Route 73, West Berlin, NJ 08091-9225 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Mar 30, 2021 | Form ID: pdf905 | Total Noticed: 75

Denise E. Carlon

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

R. A. Lebron

on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2005-45, MORTGAGE P bankruptcy@fskslaw.com

Ronald E. Norman

on behalf of Debtor Michael D. Goldfinger rnorman@rnormanlaw.com
ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6