UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor: PNC BANK,
NATIONAL ASSOCIATION

In Re:
Michael D. Goldfinger aka Michael David
Goldfinger aka Michael Goldfinger
                    Debtor

Case No:          20-23959 JNP

Chapter:          13

Hearing Date: 4/27/2021
Judge:            Jerrold N. Poslusny Jr.

# CERTIFICATION OF SERVICE

1.  I, <u>Denise Carlon, Esq.</u>:

    ☒ Represent the  <u>Secured Creditor</u>  in the above-captioned matter.

    ☐  am the secretary/paralegal for _____, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On <u>April 8, 2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Limited response to motion to sell
    - Certification of Service

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 8, 2021                    /S/Denise Carlon, Esq.
                                        Denise Carlon, Esq.

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Goldfinger aka Michael David Goldfinger aka Michael Goldfinger 833 Society Hill Blvd Cherry Hill, NJ 08003-2429 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| RONALD E. NORMAN Law Office of Ronald E. Norman Washington Professional Campus II, 901 Route 168, Suite 407A Turnersville, NJ 08012 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq. Chapter 13 Standing Trustee Cherry Tree Corporate Center - 535 Route 38 - Suite 580 Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |