**LAW OFFICES**
**RONALD E NORMAN**
WASHINGTON PROFESSIONAL CAMPUS II
901 ROUTE 168, SUITE 407A
TURNERSVILLE, NJ 08012
TEL.  (856) 374-3100
FAX 1-856-374-3111
Email:  RNORMAN@RNORMANLAW.COM

April 28, 2021

VIA ECF
Clerk,
US Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08101

**RE:   Case Name:       Michael D Goldfinger**
**      Case Number:     20-23959 JNP**

Dear Sir/Madam:

Please withdraw the Debtor's Notice for Private Sale docket number 23 and Motion to Sell with other relief docket number 24.

Thank you for your cooperation herein.

Very truly yours,

BY:   /s/ Ronald E Norman
      Ronald E Norman, Esq.