UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Michael D. Goldfinger

Case No.: 20-23959
Chapter: 13
Judge: JNP

## NOTICE OF PROPOSED PRIVATE SALE

__Michael D. Goldfinger__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of Clerk: United States Bankruptcy Court
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor, CR 4C
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on July 27, 2021 at 11 a.m. at the United States Bankruptcy Court, courtroom no. 4C, 400 Cooper Street, 4th Floor, Camden, NJ 08101 (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 6 S. and 8 S. Garfield Ave.
Wenonah, NJ 08090

Proposed

Sale price: $246,400.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Troy Kenuk of Liberty and Justice Realty Firm LLC

Amount to be paid: 6% of gross sales price with a 3 % commission for buyer's broker less $100.00

Services rendered: Listing and sale of real estate (realtor) and settlement/closing

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Ronald E. Norman, Esquire

Address: 901 Route 168, Suite 407A, Turnersville, NJ 08012

Telephone No.: (856)374-3100

*rev.8/1/15*

2