UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Ronald E. Norman, LLC
Washington Professional Campus, II
901 Route 168, Suite 407A
Turnersville, NJ 08012
(856)374-3100

Order Filed on July 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Michael D. Goldfinger

Case No.: 20-23959
Chapter: 13
Judge: JNP

## ORDER AUTHORIZING RETENTION OF

Troy Kenuk of Liberty and Justice Realty Firm LLC

The relief set forth on the following page is **ORDERED**.

**DATED: July 7, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Troy Kenuk  of Liberty and Justice Realty Firm LLC___

as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  2606 Good Intent Road
   Deptford, NJ 08096

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 20-23959-JNP
Michael D. Goldfinger                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael D. Goldfinger, 833 Society Hill Blvd, Cherry Hill, NJ 08003-2429 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021                                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2005-45, MORTGAGE P bankruptcy@fskslaw.com |
| Ronald E. Norman | on behalf of Debtor Michael D. Goldfinger rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 07, 2021 | Form ID: pdf903 | Total Noticed: 1

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 8