**LAW OFFICES**
**RONALD E NORMAN**
WASHINGTON PROFESSIONAL CAMPUS II
901 ROUTE 168, SUITE 407A
TURNERSVILLE, NJ 08012
TEL.  (856) 374-3100
FAX 1-856-374-3111
Email:  RNORMAN@RNORMANLAW.COM

July 14, 2021

VIA ECF
Clerk,
US Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08101

**RE:**   **Case Name:**       **Michael Goldfinger**
            **Case Number:**    **20-23959 JNP**

Dear Sir/Madam:

      Please withdraw the Debtor's Motion for to Sell Docket Entry number 39 as we are re-filing today per the Chapter 13 Standing Trustee request.  Please note Docket entry number 40 Notice of Proposed Private sale is NOT being withdrawn.

      Thank you for your cooperation herein.

      Very truly yours,

      BY:   /s/ Ronald E Norman
          Ronald E Norman, Esq.