```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
Select Portfolio Servicing, Inc., as servicer for THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2005-45, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-45
R.A. LEBRON, ESQ.
SPS2069
bankruptcy@fskslaw.com

| In Re: | Case No.: 20-23959 JNP |
|---|---|
| MICHAEL D. GOLDFINGER<br>aka MICHAEL DAVID GOLDFINGER<br>aka MICHAEL GOLDFINGER | Chapter: 13 |
| | Hearing Date: July 27, 2021 |
| Debtor(s). | Judge: Hon. Jerrold N. Poslusny, Jr. |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled.    ☒ Withdrawn.

Matter: <u>Limited Response to Motion to Sell, Document #48</u>

Date: <u>07/20/2021</u>                                  /s/ R.A. Lebron, Esq.
                                                       R.A. LEBRON, ESQ.