**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 1 | Assumption of Executory Contract or Unexpired Lease | 1 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  Michael D. Goldfinger

Case No.: 20-23959

Judge: JNP

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   Date: 9/28/2021

☒ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/S/ REN__   Initial Debtor: ___/S/ MDG___   Initial Co-Debtor: _____

### Part 1:  Payment and Length of Plan

a. The debtor shall pay $ __1,504__ per __month__ to the Chapter 13 Trustee, starting on __October 01, 2021__ for approximately __51 out of 60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒  Future earnings

☐  Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

  a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,028.00 |
| DOMESTIC SUPPORT OBLIGATION<br><br>Shannon Goldfinger | PRIORITY ALIMONY | BALANCE DUE $ 0.00<br>(AMENDED PER COURT ORDER) |
| SUPPLEMENTAL ATTORNEY FEES<br>RONALD E. NORMAN, ESQUIRE | ADMINISTRATIVE<br>(SUBJECT TO COURT'S APROVAL) | BALANCE DUE: $2,567.50 |

  b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:

  ☒ None

  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:   ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:   ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| M & T Bank | mortgage on the property located at 18 High Point Drive, Medford,, NJ 08055 (house pending foreclosure) | $ 635,413.00 | possible deficiency balance |
| Vacation Village Resorts in Berkshires (Time share) | Timeshare located at 276 Brodie Mnt. Rd., Lanesborough, MA 01237-6924 | $1,000.00 | 0.00 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Select Portfolio Servicing (Mortgage on 6/8 S Garfiled Ave Wenonah NJ, Property Sold and mortgage paid off).
PNC Bank NA (Mortgage on 6/8 South Garfield Ave Wenonah NJ, Property Sold and mortgage paid off).

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than __100_____ percent    all timely filed claims

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases   ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Mittal Ghandi (Landlord) | 0.00 | Lease on the property located at 833 Society Hill Blvd., Cherry Hill, NJ 08003 | ASSUME | continue regular monthly payments pursuant to contact |
| Toyota Lease Trust | 0.00 | Lease on 2020 LEXUS RX350 | ASSUME | continue regular monthly payments pursuant to contact |

**Part 7:    Motions   ☐ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Bank of America NA | all real and personal property. | Judgment | $30,364.72 | $1,389,038.00 | $515,650.00 | $980,415.49 | $30,364.72 |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Ronald E. Norman, Esquire
3) Secured Creditors
4) Unsecured Creditors

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 12/23/2020                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To remove domestic support obligations arrears priority claim of $75,000.00 and change balance due to $0.00. PER COURT ORDER and to remove the secured payments to be unaffected by the Plan for Select Portfolio Servicing and PNC for the first and second mortgage on the property located at 6/8 South Garfield Ave., Wenonah, NJ 08090 as property was sold and loans paid off. Add auto Lease to Assume for 2020 LEXUS RX350, updated figures on Bank of America motion to void Judgement lien, fixed attorney fee balance due and added in supplemental fee subject to approval, provided for 100% to timely filed unsecured claims. | To remove domestic support obligations arrears priority claim of $75,000.00 and change balance due to $0.00. PER COURT ORDER, and to remove the secured payments to be unaffected by the Plan for Select Portfolio Servicing and PNC for the first and second mortgage on the property located at 6/8 South Garfield Ave., Wenonah, NJ 08090 as property was sold and loans paid off. Add auto Lease to Assume for 2020 LEXUS RX350, updated figures on Bank of America motion to void Judgment lien, fixed attorney fee balance due and added in supplemental fee subject to approval, provided for 100% to timely filed unsecured claims. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 9/28/2021_____          /s/ Michael D. Goldfinger_____
                                                 Debtor

Date: _____          _____
                                                 Joint Debtor

Date: 9/28/2021_____          /s/ Ronald E. Norman_____
                                                 Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Michael D. Goldfinger  
    Debtor

Case No. 20-23959-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Sep 29, 2021      Form ID: pdf901      Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael D. Goldfinger, 833 Society Hill Blvd, Cherry Hill, NJ 08003-2429 |
| r | + | Troy Kenuk, Justice Realty Firm, LLC, 2606 Good Intent Road, Deptford, NJ 08096-4452 |
| 519123294 | | Advanced ENT, PO Box 5257, New York, NY 10008-5257 |
| 519058185 | | Apex Asset Management, LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 519123292 | + | Arthritis, Rheumatic and Back Disease, 2301 Evesham Road, Bldg 800, Suite 115, Voorhees, NJ 08043-4510 |
| 519058186 | | Bank of America, 655 Paper Mill Rd, Newark, DE 19711-7500 |
| 519058187 | + | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 519058188 | | Benham Rafalian, 5812 Washington Blvd, Culver City, CA 90232-7323 |
| 519123289 | + | Care Centrix, 20 Church Street, 12th Floor, Hartford, CT 06103-1248 |
| 519122694 | + | Collins Asset Group LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519058192 | | Complete Collection Service, 1007 N Federal Hwy Ste 280, Fort Lauderdale, FL 33304-1422 |
| 519058193 | | Contienental Central Credit of MA Inc., 5611 Palmer Way Ste G, Carlsbad, CA 92010-7253 |
| 519123295 | + | Continental Central Credit, Inc., 5611 Palmers Way, Suite G, Cralsbad, CA 92010-7253 |
| 519058194 | | Cordell Practice Management, 600 Kellwood Pkwy Ste 300, Chesterfield, MO 63017-5809 |
| 519058197 | | Daily Management Inc., 16461 Racquet Club Rd, Fort Lauderdale, FL 33326-3131 |
| 519123293 | | Elbaum, Krost & Elbaum DDS PA, 688 Brewers Bridge Road, Jackson, NJ 08527-2017 |
| 519058199 | | FMA Alliance Limited, 12339 Cutten Rd, Houston, TX 77066-1807 |
| 519058198 | | Fin Wise Bank, 756 E Winchester St Ste 100, Murray, UT 84107-7520 |
| 519058201 | + | Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519058203 | | Jeff Cutrona, 121 Dickinson Ave, Toms River, NJ 08753-7776 |
| 519058207 | | LCA Collections, 18 Park of Commerce Blvd, Savannah, GA 31405-7410 |
| 519058205 | | Laboratory Corp of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519058206 | | Lakeside at Meford, 125 N Route 73, West Berlin, NJ 08091-9225 |
| 519058210 | | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519058212 | | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 519077672 | + | M&T Bank, Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519058216 | | Mittal Ghandi, 12 Krysta Ct, Mount Laurel, NJ 08054-6929 |
| 519058217 | | New Jersey Division Probation, PO Box 987, Trenton, NJ 08625-0987 |
| 519121419 | + | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519058220 | | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 519058221 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519058226 | | Princeton Health PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519058227 | | Radius Global Solutions LLC, PO Box 1259, Oaks, PA 19456-1259 |
| 519123291 | + | Ragan & Ragan, 3100 Route 138 West, Wall, NJ 07719-9021 |
| 519058228 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082866 | | Select Portfolio Servicing, Inc., as servicer for, P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519058229 | | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519058230 | | Shannon Goldfinger, 91 Farnwood Rd, Mount Laurel, NJ 08054-2913 |
| 519058232 | | TD Bank USA NA, 2 Portland Sq, Portland, ME 04101-4088 |
| 519058235 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |

Case 20-23959-JNP   Doc 65   Filed 10/01/21   Entered 10/02/21 00:10:01   Desc Imaged
                    Certificate of Notice    Page 12 of 14

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: pdf901 | Total Noticed: 76 |

| | | |
|---|---|---|
| 519058233 | # | Township of Medford, 17 N Main St, Medford, NJ 08055-2411 |
| 519058234 | | Township of Medford, Burlington County, 17 N Main St, Medford, NJ 08055-2411 |
| 519079716 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519058238 | | Vacation Village Resorts, 276 Brodie Mtn Rd, Hancock, MA 01237-6924 |
| 519058239 | | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519058240 | | Virtua Medical Group, 6981 N Park Dr Ste 200, Pennsauken, NJ 08109-4201 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519058189 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2021 20:45:24 | Capital One Bank USA NA, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 519058190 | + Email/Text: bankrupt@choicerecovery.com | Sep 29 2021 20:36:00 | Choice Recovery, 1105 Schrock Rd, Columbus, OH 43229-1168 |
| 519058191 | Email/Text: bnc@bass-associates.com | Sep 29 2021 20:36:00 | Collins Asset Group, LLC, 5725 W Highway 290 Ste 103, Austin, TX 78735-8722 |
| 519058195 | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2021 20:45:17 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519058196 | Email/PDF: creditonebknotifications@resurgent.com | Sep 29 2021 20:45:21 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519058200 | Email/Text: jvanfleet@friedmanllp.com | Sep 29 2021 20:36:00 | Friedman LLP, 601 Route 73 N Ste 400, Marlton, NJ 08053-3476 |
| 519058202 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2021 20:36:00 | Internal Reveunue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519058208 | + Email/Text: Documentfiling@lciinc.com | Sep 29 2021 20:36:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519058209 | + Email/Text: Documentfiling@lciinc.com | Sep 29 2021 20:36:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 519058211 | Email/Text: camanagement@mtb.com | Sep 29 2021 20:36:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519124555 | Email/Text: camanagement@mtb.com | Sep 29 2021 20:36:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519075351 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2021 20:45:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519058213 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2021 20:45:17 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519058214 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2021 20:45:21 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519076166 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2021 20:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519058215 | Email/Text: bankruptcydpt@mcmcg.com | Sep 29 2021 20:36:00 | Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 519058218 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2021 20:45:17 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519058219 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2021 20:45:17 | Ollo/tbom, PO Box 9222, Old Bethpage, NY 11804-9222 |

Case 20-23959-JNP    Doc 65    Filed 10/01/21    Entered 10/02/21 00:10:01    Desc Imaged
Certificate of Notice    Page 13 of 14

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: pdf901 | Total Noticed: 76 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 519132113 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2021 20:36:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519058222 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2021 20:36:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 519058223 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2021 20:36:00 | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519058225 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2021 20:36:00 | Pnc Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401-8819 |
| 519058224 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2021 20:36:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 519113653 | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2021 20:36:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519058231 | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2021 20:45:20 | Synchrony Bank, 170 W Election Rd Ste 125, Draper, UT 84020-6425 |
| 519059348 | + Email/PDF: gecsedi@recoverycorp.com | Sep 29 2021 20:45:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519058237 | + Email/Text: jerome.smalls@ogc.upenn.edu | Sep 29 2021 20:36:00 | University of Penn health System, 3400 Spruce St, Philadelphia, PA 19104-4274 |
| 519123290 | + Email/Text: bankruptcy@webbank.com | Sep 29 2021 20:36:00 | WebBank, 215 South State Street, suite 1000, Salt Lake city, UT 84111-2336 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519058236 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 519058204 | ## | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

District/off: 0312-1　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 4 of 4
Date Rcvd: Sep 29, 2021　　　　　　　　　　Form ID: pdf901　　　　　　　　　　　Total Noticed: 76

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2005-45, MORTGAGE P bankruptcy@fskslaw.com |
| Ronald E. Norman | on behalf of Debtor Michael D. Goldfinger rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 8