Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−23959−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael D. Goldfinger
   aka Michael David Goldfinger, aka
   Michael Goldfinger
   833 Society Hill Blvd
   Cherry Hill, NJ 08003−2429

Social Security No.:
   xxx−xx−8592

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 2, 2021.

Dated: December 2, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23959-JNP |
| Michael D. Goldfinger | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 02, 2021 | Form ID: plncf13 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael D. Goldfinger, 833 Society Hill Blvd, Cherry Hill, NJ 08003-2429 |
| r | + | Troy Kenuk, Justice Realty Firm, LLC, 2606 Good Intent Road, Deptford, NJ 08096-4452 |
| 519123294 | | Advanced ENT, PO Box 5257, New York, NY 10008-5257 |
| 519058185 | | Apex Asset Management, LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 519123292 | + | Arthritis, Rheumatic and Back Disease, 2301 Evesham Road, Bldg 800, Suite 115, Voorhees, NJ 08043-4510 |
| 519058187 | + | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 519058186 | | Bank of America, 655 Paper Mill Rd, Newark, DE 19711-7500 |
| 519058188 | | Benham Rafalian, 5812 Washington Blvd, Culver City, CA 90232-7323 |
| 519123289 | + | Care Centrix, 20 Church Street, 12th Floor, Hartford, CT 06103-1248 |
| 519122694 | + | Collins Asset Group LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519058192 | | Complete Collection Service, 1007 N Federal Hwy Ste 280, Fort Lauderdale, FL 33304-1422 |
| 519058193 | # | Contienal Central Credit of MA Inc., 5611 Palmer Way Ste G, Carlsbad, CA 92010-7253 |
| 519123295 | #+ | Continental Central Credit, Inc., 5611 Palmers Way, Suite G, Cralsbad, CA 92010-7253 |
| 519058194 | | Cordell Practice Management, 600 Kellwood Pkwy Ste 300, Chesterfield, MO 63017-5809 |
| 519058197 | | Daily Management Inc., 16461 Racquet Club Rd, Fort Lauderdale, FL 33326-3131 |
| 519123293 | | Elbaum, Krost & Elbaum DDS PA, 688 Brewers Bridge Road, Jackson, NJ 08527-2017 |
| 519058199 | | FMA Alliance Limited, 12339 Cutten Rd, Houston, TX 77066-1807 |
| 519058198 | | Fin Wise Bank, 756 E Winchester St Ste 100, Murray, UT 84107-7520 |
| 519058201 | + | Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519058203 | | Jeff Cutrona, 121 Dickinson Ave, Toms River, NJ 08753-7776 |
| 519058207 | | LCA Collections, 18 Park of Commerce Blvd, Savannah, GA 31405-7410 |
| 519058205 | | Laboratory Corp of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519058210 | | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519058212 | | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 519077672 | + | M&T Bank, Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519058216 | | Mittal Ghandi, 12 Krysta Ct, Mount Laurel, NJ 08054-6929 |
| 519058217 | | New Jersey Division Probation, PO Box 987, Trenton, NJ 08625-0987 |
| 519121419 | + | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519058220 | | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 519058221 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519058226 | | Princeton Health PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519058227 | | Radius Global Solutions LLC, PO Box 1259, Oaks, PA 19456-1259 |
| 519123291 | + | Ragan & Ragan, 3100 Route 138 West, Wall, NJ 07719-9021 |
| 519058228 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082866 | | Select Portfolio Servicing, Inc., as servicer for, P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519058229 | | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519058230 | | Shannon Goldfinger, 91 Farnwood Rd, Mount Laurel, NJ 08054-2913 |
| 519058232 | | TD Bank USA NA, 2 Portland Sq, Portland, ME 04101-4088 |
| 519058235 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519058236 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor |

Case 20-23959-JNP    Doc 72    Filed 12/04/21    Entered 12/05/21 00:15:22    Desc Imaged
                             Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: plncf13 | Total Noticed: 76 |

| | | |
|---|---|---|
| | Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 | |
| 519058234 | Township of Medford, Burlington County, 17 N Main St, Medford, NJ 08055-2411 | |
| 519079716 | + Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 | |
| 519058238 | Vacation Village Resorts, 276 Brodie Mtn Rd, Hancock, MA 01237-6924 | |
| 519058239 | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 | |
| 519058240 | Virtua Medical Group, 6981 N Park Dr Ste 200, Pennsauken, NJ 08109-4201 | |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 02 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 02 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519058189 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2021 20:29:40 | Capital One Bank USA NA, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 519058190 | + Email/Text: bankrupt@choicerecovery.com | Dec 02 2021 20:30:00 | Choice Recovery, 1105 Schrock Rd, Columbus, OH 43229-1168 |
| 519058191 | Email/Text: bnc@bass-associates.com | Dec 02 2021 20:31:00 | Collins Asset Group, LLC, 5725 W Highway 290 Ste 103, Austin, TX 78735-8722 |
| 519058195 | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2021 20:29:43 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519058196 | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2021 20:29:44 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519058200 | Email/Text: jvanfleet@friedmanllp.com | Dec 02 2021 20:30:00 | Friedman LLP, 601 Route 73 N Ste 400, Marlton, NJ 08053-3476 |
| 519058202 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2021 20:30:00 | Internal Reveunue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519058208 | + Email/Text: Documentfiling@lciinc.com | Dec 02 2021 20:30:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 519058209 | + Email/Text: Documentfiling@lciinc.com | Dec 02 2021 20:30:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 519058211 | Email/Text: camanagement@mtb.com | Dec 02 2021 20:30:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519124555 | Email/Text: camanagement@mtb.com | Dec 02 2021 20:30:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519075351 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2021 20:29:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519058213 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2021 20:29:51 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519058214 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2021 20:29:30 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519076166 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2021 20:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519058215 | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2021 20:30:00 | Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 519058218 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2021 20:29:30 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519058219 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2021 20:29:31 | Ollo/tbom, PO Box 9222, Old Bethpage, NY 11804-9222 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 02, 2021 | Form ID: plncf13 | Total Noticed: 76 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519132113 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Dec 02 2021 20:30:00 | | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519058222 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Dec 02 2021 20:30:00 | | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 519058223 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Dec 02 2021 20:30:00 | | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519058225 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Dec 02 2021 20:30:00 | | Pnc Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401-8819 |
| 519058224 | | Email/Text: Bankruptcy.Notices@pnc.com<br>Dec 02 2021 20:30:00 | | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 519113653 | | Email/Text: bnc-quantum@quantum3group.com<br>Dec 02 2021 20:30:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519058231 | | Email/PDF: gecsedi@recoverycorp.com<br>Dec 02 2021 20:29:30 | | Synchrony Bank, 170 W Election Rd Ste 125, Draper, UT 84020-6425 |
| 519059348 | + | Email/PDF: gecsedi@recoverycorp.com<br>Dec 02 2021 20:29:38 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519058235 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com<br>Dec 02 2021 20:30:00 | | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519058236 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com<br>Dec 02 2021 20:30:00 | | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 519058233 | | Email/Text: rwarrington@medfordtownship.com<br>Dec 02 2021 20:31:00 | | Township of Medford, 17 N Main St, Medford, NJ 08055-2411 |
| 519058237 | + | Email/Text: jerome.smalls@ogc.upenn.edu<br>Dec 02 2021 20:31:00 | | University of Penn health System, 3400 Spruce St, Philadelphia, PA 19104-4274 |
| 519123290 | + | Email/Text: bankruptcy@webbank.com<br>Dec 02 2021 20:30:00 | | WebBank, 215 South State Street, suite 1000, Salt Lake city, UT 84111-2336 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519058204 | ## | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519058206 | ## | Lakeside at Meford, 125 N Route 73, West Berlin, NJ 08091-9225 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021          Signature:     /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 02, 2021 | Form ID: plncf13 | Total Noticed: 76 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2005-45, MORTGAGE P bankruptcy@fskslaw.com

Ronald E. Norman
    on behalf of Debtor Michael D. Goldfinger rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 8