| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael D. Goldfinger<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8592<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–23959–JNP | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>  Michael D. Goldfinger
>  aka Michael David Goldfinger, aka Michael Goldfinger

6/8/22                                                   **By the court:** Jerrold N. Poslusny Jr.
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23959-JNP |
| Michael D. Goldfinger | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Goldfinger, 27 Sorrel Run, Mount Laurel, NJ 08054-4818 |
| r | + | Troy Kenuk, Justice Realty Firm, LLC, 2606 Good Intent Road, Deptford, NJ 08096-4452 |
| 519123294 | | Advanced ENT, PO Box 5257, New York, NY 10008-5257 |
| 519123292 | + | Arthritis, Rheumatic and Back Disease, 2301 Evesham Road, Bldg 800, Suite 115, Voorhees, NJ 08043-4510 |
| 519058188 | | Benham Rafalian, 5812 Washington Blvd, Culver City, CA 90232-7323 |
| 519123289 | + | Care Centrix, 20 Church Street, 12th Floor, Hartford, CT 06103-1248 |
| 519058192 | | Complete Collection Service, 1007 N Federal Hwy Ste 280, Fort Lauderdale, FL 33304-1422 |
| 519058193 | # | Contiental Central Credit of MA Inc., 5611 Palmer Way Ste G, Carlsbad, CA 92010-7253 |
| 519123295 | #+ | Continental Central Credit, Inc., 5611 Palmers Way, Suite G, Cralsbad, CA 92010-7253 |
| 519058194 | | Cordell Practice Management, 600 Kellwood Pkwy Ste 300, Chesterfield, MO 63017-5809 |
| 519058197 | | Daily Management Inc., 16461 Racquet Club Rd, Fort Lauderdale, FL 33326-3131 |
| 519123293 | | Elbaum, Krost & Elbaum DDS PA, 688 Brewers Bridge Road, Jackson, NJ 08527-2017 |
| 519058199 | | FMA Alliance Limited, 12339 Cutten Rd, Houston, TX 77066-1807 |
| 519058198 | | Fin Wise Bank, 756 E Winchester St Ste 100, Murray, UT 84107-7520 |
| 519058201 | + | Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 519058203 | | Jeff Cutrona, 121 Dickinson Ave, Toms River, NJ 08753-7776 |
| 519058207 | | LCA Collections, 18 Park of Commerce Blvd, Savannah, GA 31405-7410 |
| 519077672 | + | M&T Bank, Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519058216 | | Mittal Ghandi, 12 Krysta Ct, Mount Laurel, NJ 08054-6929 |
| 519058217 | | New Jersey Division Probation, PO Box 987, Trenton, NJ 08625-0987 |
| 519058221 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519058226 | | Princeton Health PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519058227 | | Radius Global Solutions LLC, PO Box 1259, Oaks, PA 19456-1259 |
| 519123291 | + | Ragan & Ragan, 3100 Route 138 West, Wall, NJ 07719-9021 |
| 519058230 | | Shannon Goldfinger, 91 Farnwood Rd, Mount Laurel, NJ 08054-2913 |
| 519058232 | | TD Bank USA NA, 2 Portland Sq, Portland, ME 04101-4088 |
| 519058234 | | Township of Medford, Burlington County, 17 N Main St, Medford, NJ 08055-2411 |
| 519058238 | | Vacation Village Resorts, 276 Brodie Mtn Rd, Hancock, MA 01237-6924 |
| 519058239 | | Virtua Health, PO Box 71451, Philadelphia, PA 19176-1451 |
| 519058240 | | Virtua Medical Group, 6981 N Park Dr Ste 200, Pennsauken, NJ 08109-4201 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

| Recipient ID | Code | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| 519058185 | ^ | MEBN | Jun 08 2022 20:43:59 | Apex Asset Management, LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 519058187 | + | EDI: BANKAMER2.COM | Jun 09 2022 00:43:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 519058186 | | EDI: BANKAMER.COM | Jun 09 2022 00:43:00 | Bank of America, 655 Paper Mill Rd, Newark, DE 19711-7500 |
| 519058189 | | EDI: CAPITALONE.COM | Jun 09 2022 00:43:00 | Capital One Bank USA NA, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 519058190 | + | Email/Text: bankrupt@choicerecovery.com | Jun 08 2022 20:47:00 | Choice Recovery, 1105 Schrock Rd, Columbus, OH 43229-1168 |
| 519122694 | + | EDI: BASSASSOC.COM | Jun 09 2022 00:43:00 | Collins Asset Group LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519058191 | | EDI: COLLINSASSET.COM | Jun 09 2022 00:43:00 | Collins Asset Group, LLC, 5725 W Highway 290 Ste 103, Austin, TX 78735-8722 |
| 519058195 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2022 20:49:25 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519058196 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2022 20:49:17 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519058199 | | Email/Text: Bankruptcy@FMAAlliance.com | Jun 08 2022 20:48:00 | FMA Alliance Limited, 12339 Cutten Rd, Houston, TX 77066-1807 |
| 519058200 | | Email/Text: jvanfleet@friedmanllp.com | Jun 08 2022 20:48:00 | Friedman LLP, 601 Route 73 N Ste 400, Marlton, NJ 08053-3476 |
| 519058202 | | EDI: IRS.COM | Jun 09 2022 00:43:00 | Internal Reveune Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519058205 | | Email/Text: govtaudits@labcorp.com | Jun 08 2022 20:48:00 | Laboratory Corp of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519058208 | | EDI: LENDNGCLUB | Jun 09 2022 00:43:00 | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2802 |
| 519058209 | + | EDI: LENDNGCLUB | Jun 09 2022 00:43:00 | LendingClub, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-2807 |
| 519058210 | ^ | MEBN | Jun 08 2022 20:44:18 | Lendingpoint LLC., 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 519058212 | | Email/Text: camanagement@mtb.com | Jun 08 2022 20:48:00 | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 519058211 | | Email/Text: camanagement@mtb.com | Jun 08 2022 20:48:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519124555 | | Email/Text: camanagement@mtb.com | Jun 08 2022 20:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519075351 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2022 20:49:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519058213 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2022 20:49:15 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519058214 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2022 20:49:23 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519076166 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519058215 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 08 2022 20:48:00 | Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 519121419 | + | EDI: BASSASSOC.COM | | |

Case 20-23959-JNP    Doc 87    Filed 06/10/22    Entered 06/11/22 00:15:44    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2022 | Form ID: 3180W | Total Noticed: 76 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 09 2022 00:43:00 | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519058218 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2022 20:49:15 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519058219 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2022 20:49:14 | Ollo/tbom, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519058220 | | Email/Text: bankruptcies@penncredit.com | Jun 08 2022 20:48:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 519132113 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519058222 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | Pnc Bank, Attn: Bankruptcy, PO Box 94982, Cleveland, OH 44101-4982 |
| 519058223 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | Pnc Bank, N.A., PO Box 3180, Pittsburgh, PA 15230-3180 |
| 519058225 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | Pnc Mortgage, Attn: Bankruptcy, PO Box 8819, Dayton, OH 45401-8819 |
| 519058224 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2022 20:48:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 519113653 | | EDI: Q3G.COM | Jun 09 2022 00:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519058228 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 08 2022 20:49:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519082866 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 08 2022 20:49:00 | Select Portfolio Servicing, Inc., as servicer for, P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519058229 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 08 2022 20:49:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519058231 | | EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank, 170 W Election Rd Ste 125, Draper, UT 84020-6425 |
| 519059348 | + | EDI: RMSC.COM | Jun 09 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519058235 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 08 2022 20:48:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519058236 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 08 2022 20:48:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 519058233 | | Email/Text: rwarrington@medfordtownship.com | Jun 08 2022 20:48:00 | Township of Medford, 17 N Main St, Medford, NJ 08055-2411 |
| 519079716 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 08 2022 20:48:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519058237 | + | Email/Text: jerome.smalls@ogc.upenn.edu | Jun 08 2022 20:48:00 | University of Penn health System, 3400 Spruce St, Philadelphia, PA 19104-4274 |
| 519123290 | + | Email/Text: bankruptcy@webbank.com | Jun 08 2022 20:48:00 | WebBank, 215 South State Street, suite 1000, Salt Lake city, UT 84111-2336 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519058204 | ## | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519058206 | ## | Lakeside at Meford, 125 N Route 73, West Berlin, NJ 08091-9225 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022             Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for THE BANK OF NEW YORK MELLON, F/K/A, THE BANK OF NEW YORK AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2005-45, MORTGAGE P bankruptcy@fskslaw.com |
| Ronald E. Norman | on behalf of Debtor Michael D. Goldfinger rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 8